112 So.2d 448

Ex parte Herndon H. WILSON, Recorder of City of Mobile.

Herndon H. WILSON

v.

Hubert M. HALL, Judge, Circuit Court, Baldwin County.

1 Div. 789.

Supreme Court of Alabama.

May 28, 1959.

Fred G. Collins, Mobile, for petitioner.

Caffey, Gallalee & Caffey, Mobile, and Wilters & Brantley, Bay Minette, for respondent.

COLEMAN, Justice.

On authority of Ex parte Wilson (In re Wilson v. Hall), ante, p. 263, 112 So.2d 443, the writ of prohibition will issue as prayed for.

Writ awarded.

LIVINGSTON, C. J., and SIMPSON and GOODWYN, JJ., concur.